

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      Hector Cortez v. Veronica Garza Cortez

Appellate case number:    01-19-00296-CV

Trial court case number:    12-DCV-199184

Trial court:             505th District Court of Fort Bend County

Appellant, Hector Cortez, has filed a pro se motion asking the Court to decide this case on the briefs, to reverse the trial court's judgment, to dismiss any late brief filed by appellee, Veronica Garza Cortez, and to set oral argument if the Court determines it is necessary. The Clerk of this Court has already notified appellee that failure to file a brief may result in the court setting this appeal for submission without an appellee's brief. Accordingly, the Court **denies** appellant's motion.

It is so ORDERED.


Judge's signature:    /s/ Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court


Date:    December 19, 2019